NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADVANCED GROUND INFORMATION SYSTEMS, INC.,**
*Plaintiff-Appellant*

v.

**LIFE360, INC.,**
*Defendant-Appellee*

---

2016-1332

---

Appeal from the United States District Court for the Southern District of Florida in No. 9:14-cv-80651-DMM, Judge Donald M. Middlebrooks.

---

**JUDGMENT**

---

ALFRED ROSS FABRICANT, Brown Rudnick, LLP, New York, NY, argued for plaintiff-appellant. Also represented by PETER LAMBRIANAKOS.

DANIEL H. BREAN, The Webb Law Firm, Pittsburgh, PA, argued for defendant-appellee. Also represented by KENT E. BALDAUF, JR., BRYAN P. CLARK, CHRISTIAN D. EHRET.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* WALLACH and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 20, 2017         /s/ Peter R. Marksteiner
Date              Peter R. Marksteiner
                   Clerk of Court